# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

LATONA TYUS, *et al.*,

        Plaintiffs,

vs.

WENDY'S OF LAS VEGAS, INC., *et al.*,

        Defendants.

2:14-cv-00729-GMN-VCF

**ORDER**

       Before the court is Defendants' Motion to Strike Plaintiffs' Expert Declaration, Strike Plaintiffs' Purported Expert Witness and for Sanctions (#64).

       IT IS HEREBY ORDERED that a status hearing scheduled for 10:00 a.m., September 17, 2015, in courtroom 3D.

       DATED this 28th day of August, 2015.

                                      CAM FERENBACH
                                      UNITED STATES MAGISTRATE JUDGE