RICK D. ROSKELLEY, ESQ., Bar # 3192
ROGER GRANDGENETT, ESQ., Bar #6323
MONTGOMER Y. PAEK, ESQ., Bar # 10176
KATHRYN B. BLAKEY, ESQ., Bar # 12701
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rroskelley@littler.com
Email: rgrandgenett@littler.com
Email: mpaek@littler.com
Email: kblakey@littler.com

Attorneys for Defendants
WENDY'S OF LAS VEGAS, INC. and
CEDAR ENTERPRISES, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LATONYA TYUS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>WENDY'S OF LAS VEGAS, INC., et al.,<br><br>Defendants. | Case No. 2:14-cv-00729-GMN-VCF<br><br>**STIPULATION AND ORDER FOR TEMPORARY STAY OF BRIEFING DEADLINES OR IN THE ALTERNATIVE STIPULATION TO EXTEND BRIEFING DEADLINES**<br><br>**(FIRST REQUEST)** |

Plaintiffs Latonya Tyus, et al. ("Plaintiffs") and Defendant Wendy's of Las Vegas, Inc., ("Defendant"), by and through their attorneys of record, stipulate to extend the deadline for Defendant to respond to Plaintiff's Renewed Motion for Class Certification **[ECF No. 76]**. up to and including May 29, 2017.

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the first extension of Defendant's deadline to respond to Plaintiff's Renewed Motion for Class Certification and is made in good faith by stipulation of the parties. This extension is needed due to Defense counsel's current work load which has included several mediations, witness interviews, and previously scheduled court deadlines. Accordingly, in order to provide a full and proper substantive response to Plaintiff's Motion, the requested two-week extension is necessary.

Dated: May 11, 2016

| | |
|---|---|
| */s/ Bradley Schrager, Esq.* | */s/ Kathryn B. Blakey, Esq.* |
| DON SPRINGMEYER, ESQ. | RICK D. ROSKELLEY, ESQ. |
| BRADLEY SCHRAGER, ESQ. | ROGER GRANDGENETT, ESQ. |
| DANIEL BRAVO, ESQ. | MONTGOMERY Y. PAEK, ESQ. |
| WOLF, RIFKIN, SHAPIRO, | KATHRYN B. BLAKEY, ESQ. |
| SCHULMAN & RABKIN, LLC | LITTLER MENDELSON, P.C. |
| Attorneys for Plaintiffs | Attorneys for Defendants |

**ORDER**

ITS IS SO ORDERED:

Dated: May  12 , 2017

_____
UNITED STATES DISTRICT COURT JUDGE

Firmwide:147586058.1 029931.1008

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.