RICK D. ROSKELLEY, ESQ., Bar # 3192
ROGER GRANDGENETT, ESQ., Bar #6323
MONTGOMER Y. PAEK, ESQ., Bar # 10176
NEIL C. BAKER, ESQ., Bar # 14476
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rroskelley@littler.com
Email: rgrandgenett@littler.com
Email: mpaek@littler.com
Email: nbaker@littler.com

Attorneys for Defendant
WENDY'S OF LAS VEGAS, INC. AND CEDAR ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LATONYA TYUS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>WENDY'S OF LAS VEGAS, INC., et al.,<br><br>Defendant. | Case No. 2:14-cv-00729-GMN-VCF<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' SECOND RENEWED MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

In accordance with Local Rule 7-1, the parties hereby stipulate to extend the time stated in LR 7-2(b) for responding to Defendants' Second Renewed Motion for Summary Judgment (the "Motion," ECF No. 110) by two weeks. Given the parties' heavy workloads and the unique complexity of the Motion's subject matter, the parties stipulate to this extension to provide Plaintiffs a full and fair opportunity to respond.

///

///

///

Plaintiffs' current deadline for filing and serving their points and authorities in response to Defendants' Second Renewed Motion for Summary Judgment is October 9, 2018. The parties hereby request that Plaintiffs be granted an additional two weeks to file and serve their response, up to and including October 23, 2018. This is Plaintiffs' first request to extend the deadline for responding to Defendants' Motion.

Dated: September 24, 2018                              Dated: September 24, 2018

/s/ *Daniel Bravo*                                                   /s/ *Neil C. Baker*
DON SPRINGMEYER, ESQ.                          RICK D. ROSKELLEY, ESQ.
BRADLEY SCHRAGER, ESQ.                        ROGER GRANDGENETT, ESQ.
DANIEL BRAVO, ESQ.                                   MONTGOMERY Y. PAEK, ESQ.
WOLF, RIFKIN, SHAPIRO,                              NEIL C. BAKER, ESQ.
SCHULMAN & RABKIN, LLC                        LITTLER MENDELSON, P.C.

Attorneys for Plaintiffs                                      Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**

DATED this __25__ day of September, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

FIRMWIDE:157431519.1 029931.1008

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800