1  RICK D. ROSKELLEY, ESQ., Bar # 3192
   ROGER GRANDGENETT, ESQ., Bar #6323
2  MONTGOMER Y. PAEK, ESQ., Bar # 10176
   NEIL C. BAKER, ESQ., Bar # 14476
3  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
4  Suite 300
   Las Vegas, NV  89169-5937
5  Telephone:    702.862.8800
   Fax No.:      702.862.8811
6  Email:     rroskelley@littler.com
   Email:     rgrandgenett@littler.com
7  Email:     mpaek@littler.com
   Email:     nbaker@littler.com
8
   Attorneys for Defendant
9  WENDY'S OF LAS VEGAS, INC. AND CEDAR ENTERPRISES,
   INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LATONYA TYUS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WENDY'S OF LAS VEGAS, INC., et al., <br><br> Defendant. | Case No. 2:14-cv-00729-GMN-VCF <br><br> **STIPULATION AND PROPOSED ORDER TO EXTEND DEFENDANTS' TIME TO FILE REPLY IN SUPPORT OF SECOND RENEWED MOTION FOR SUMMARY JUDGMENT** <br><br> **(FIRST REQUEST)** |

In accordance with Local Rule 7-1, the parties hereby stipulate to extend the time stated in Local Rule 7-2(b) that Defendants' have to file their reply in support of Defendants' Second Renewed Motion for Summary Judgment (ECF No. 110).  Given the parties' heavy workloads and the unique complexity of the Motion's subject matter, the parties stipulate to this extension to provide Defendants with a full and fair opportunity to respond to Plaintiff's Response to Defendants' Second Renewed Motion for Summary Judgment (ECF No. 119).

///

///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Defendants' current deadline for filing and serving their Reply in Support of Defendants' Second Renewed Motion for Summary Judgment (the "Reply") is November 6, 2018. The parties herby request that Defendants be granted an additional week to file and serve their Reply, up to and including November 13, 2018. This is Defendants' first request to extend the deadline for filing their Reply.

Dated: November 1, 2018                    Dated: November 1, 2018

/s/ *Bradley Schrager*                     /s/ *Neil C. Baker*
DON SPRINGMEYER, ESQ.                      RICK D. ROSKELLEY, ESQ.
BRADLEY SCHRAGER, ESQ.                     ROGER GRANDGENETT, ESQ.
DANIEL BRAVO, ESQ.                         MONTGOMERY Y. PAEK, ESQ.
WOLF, RIFKIN, SHAPIRO,                     NEIL C. BAKER, ESQ.
SCHULMAN & RABKIN, LLC                     LITTLER MENDELSON, P.C.

Attorneys for Plaintiffs                   Attorneys for Defendants

**IT IS SO ORDERED.**

Dated this __5__ day of November, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

FIRMWIDE:159562905.1 029931.1008

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800